UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NUMBER: 22-51785-WLH |
| | * | |
| NICHOLAS SCOTT EISENBACH, | * | CHAPTER: 13 |
| | * | |
| DEBTOR. | * | |

**MOTION TO REJECT EXECUTORY CONTRACT
PURSUANT TO 11 U.S.C. §365**

COMES NOW **NICHOLAS SCOTT EISENBACH**, Debtor, in the above-styled Chapter 13 case, by and through the undersigned counsel, and files this "Motion to Reject Executory Contract Pursuant to 11 U.S.C. §365" ("Motion") and respectfully shows this Honorable Court the following:

**JURISDICTION AND VENUE**

1.

This Honorable Court has jurisdiction in this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §151, and 28 U.S.C. §157.

2.

This Honorable Court is the proper venue for this matter pursuant to 28 USC §1409.

**THE EXECUTORY CONTRACT - CHAPTER 13 CASE**

3.

Prior to filing this instant case on March 4, 2022, Debtor entered into a Purchase and Sale Agreement ("Executory Contract") with Colatech IRA Fund, LLC dated July 2, 2021.

4.

11 U.S.C. §365(a) of the United States Bankruptcy Code provides, in part, that Debtor "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."

5.

Pursuant to 11 U.S.C. §365(a) of the United States Bankruptcy Code, Debtor rejects the Executory Contract because it is not necessary for the administration of Debtor's estate and maintaining the Executory Contract would impose unnecessary costs and would burden Debtor's estate.

6.

It is in the best interest of Debtor's estate and its creditors to reject the Executory Contract.

WHEREFORE, Debtor prays that this Honorable Court

1. enter an Order, pursuant to 11 U.S.C. §365 of the United States Bankruptcy Code rejecting the Executory Contract; and

    2.    grant such other relief as it deems just and proper.

Respectfully submitted,

/s/ _____
Ronna M. Woodruff
GA Bar No. 108910
Attorney for Debtor

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NUMBER:  22-51785-WLH |
| | * | |
| NICHOLAS SCOTT EISENBACH, | * | CHAPTER: 13 |
| | * | |
| DEBTOR. | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **NICHOLAS SCOTT EISENBACH** filed Motion to Reject Executory Contract Pursuant to 11 U.S.C. §365 ("Motion") and related papers with the Court seeking an order rejecting the executory contract with Colatech IRA Fund LLC.

PLEASE TAKE FURTHER NOTICE that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: 833-568-8864; meeting id 161 202 1574, at 10:20 a.m. on September 21, 2022 in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then

you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                Respectfully submitted,

                /s/
                Ronna M. Woodruff
                GA Bar No. 108910
                Attorney for Debtor

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of August, 2022, I electronically filed the foregoing "Notice of Hearing" and "Motion to Reject Executory Contract Pursuant to 11 U.S.C. §365" with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.  I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage-prepaid, addressed to the following recipients, not participating in the CM/ECF system as follows:

| | |
|---|---|
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303<br>Attn.:  David Weidenbaum | Registered Agent:<br>c/o Lasandra Colley<br>1685 Ray Mountain Road<br>Jasper, GA 30143 |
| Nicholas S. Eisenbach<br>602 Butler Court<br>Woodstock, GA  30188 | Travis Knobbe, Esq.<br>Freeman Mathis & Gary LLP<br>100 Galleria Pkwy, Suite 1600<br>Atlanta, GA 30339<br>*VIA ECF* |
| Colatech IRA Fund, LLC<br>3900 Crown Road, #16001<br>Atlanta, GA  30321<br>Attention: Adam Bergman | Nancy J. Whaley, Chapter 13 Trustee<br>303 Peachtree Center Ave., #120<br>Atlanta, GA 30303<br>*VIA ECF* |

*Plus all creditors on the attached creditor matrices*

/s/_____
Ronna M. Woodruff
GA Bar No. 108910
Attorney for Debtor

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-51785-wlh<br>Northern District of Georgia<br>Atlanta<br>Fri Aug 19 15:31:00 EDT 2022 | Beth Furdeau<br>110 Sable Trace Trail<br>Acworth, GA 30102-7644 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Canton Division Child Support Services<br>1300 Univeter Rd<br>Ste 200<br>Canton, GA 30115-8229 | Canton Division of Child<br>Support Services<br>1300 Univeter Rd<br>Canton, GA 30115-8229 |
| Cherokee County Tax<br>Commissioner<br>2780 Marietta Highway<br>Canton, GA 30114-8208 | Colatech IRA Fund LLC<br>c/o Freeman Mathis et al.<br>100 Galleria Pkwy., Ste. 1600<br>Atlanta, GA 30339-5948 | Colatech IRA Fund, LLC<br>3900 Crown Road<br>#16001<br>Atlanta, GA 30321-3602 |
| Comcast<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103-2899 | Convergent Outsourcing<br>Post Office Box 9004<br>Renton, WA 98057-9004 | Credence Resource Mmgt LLC<br>4222 Trinity Mills<br>Suite 260<br>Dallas, TX 75287-7666 |
| Nicholas Scott Eisenbach<br>602 Butler Court<br>Woodstock, GA 30188-2865 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>Post Office Box 7346<br>Centralized Insolvency Unit<br>Philadelphia, PA 19101-7346 |
| Kennesaw Wrecker Service, Inc.<br>2615 S. Main Street<br>Kennesaw, GA 30144-3519 | Travis A. Knobbe<br>Freeman Mathis & Gary, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)SEQUIUM ASSET SOLUTIONS  LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Titlemax of Georgia, Inc.<br>4909 Canton Road, NE<br>Marietta, GA 30066-1021 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Universal Silver<br>c/o Central Bank of Kansas Cty<br>2301 Independence Avenue<br>Kansas City, MO 64124-2314 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1216 |
| Ronna M. Woodruff<br>Woodruff Law LLC<br>123 Powers Ferry Road, SE<br>Marietta, GA 30067-7557 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner                      Georgia Department of Revenue       Sequium Asset Solutions
Post Office Box 55848               Compliance Div.ARCS Bankruptcy      1130 Northcase Parkway
Van Nuys, CA 91411                  1800 Century Blvd., #9100            Suite 150
                                    Atlanta, GA 30345                   Marietta, GA 30067


TitleMax of Georgia, Inc.
15 Bull Street, Suite 200
Savannah, GA 31401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Colatech IRA Fund, LLC           (u)Colatech IRS Fund, LLC            (d)Travis A. Knobbe
                                                                         Freeman Mathis & Gary, LLP
                                                                         100 Galleria Parkway, Suite 1600
                                                                         Atlanta, GA 30339-5948
```

```
End of Label Matrix
Mailable recipients     27
Bypassed recipients      3
Total                   30
```