**IT IS ORDERED as set forth below:**

**Date: February 18, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| NICHOLAS SCOTT EISENBACH | : CASE NUMBER A22-51785-JWC |
| | : |
| DEBTOR | : |

**AMENDED CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On January 28, 2025 at 10:10 a.m., the Trustee's Motion to Dismiss was scheduled for hearing before the Court.  A Consent Order on the matter was entered on February 6, 2025, but failed to include additional details regarding the strict compliance payment arrangement.  The Order is hereby amended to further clarify and define the terms of the agreement.  Accordingly, **IT IS HEREBY**

**ORDERED,** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed.  Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED,** that should Debtor fail to make any payment due pursuant to the Plan on a

timely basis for six (6) months following entry of this order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal. **IT IS FURTHER**

**ORDERED**, the Debtor shall remit an additional $609.00 per month to the Trustee to apply toward the plan payment arrears, beginning in January 2025 and continuing for six (6) months. The plan payments and cure payments will be made on a strict compliance basis for six (6) months.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

**END OF DOCUMENT**

| PREPARED BY: | CONSENTED BY: |
|---|---|
| ____/s/_____ | ___/s/_____ |
| Julie M. Anania, | Ronna M. Woodruff, |
| Attorney for Chapter 13 Trustee | Attorney for the Debtor |
| GA Bar No. 477064 | GA Bar No. 108910 |
| 303 Peachtree Center Ave., NE | Woodruff Law LLC |
| Suite 120 | 123 Powers Ferry Road, S.E. |
| Atlanta, GA  30303 | Marietta, GA 30067 |
| (678) 992-1201 | *Signed by Julie M. Anania* |
| janania@njwtrustee.com | *with express permission* |

**DISTRIBUTION LIST**

Case Number **A22-51785-JWC**

Nicholas Scott Eisenbach
602 Butler Court
Woodstock, GA 30188

Woodruff Law LLC
123 Powers Ferry Road, S.E.
Marietta, GA 30067

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303