**IT IS ORDERED as set forth below:**

**Date: February 18, 2025**

_____
Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| NICHOLAS SCOTT EISENBACH | : CASE NUMBER A22-51785-JWC |
| | : |
| DEBTOR | : |

**AMENDED CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On January 28, 2025 at 10:10 a.m., the Trustee's Motion to Dismiss was scheduled for hearing before the Court. A Consent Order on the matter was entered on February 6, 2025, but failed to include additional details regarding the strict compliance payment arrangement. The Order is hereby amended to further clarify and define the terms of the agreement. Accordingly, **IT IS HEREBY**

**ORDERED,** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED,** that should Debtor fail to make any payment due pursuant to the Plan on a

timely basis for six (6) months following entry of this order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal. **IT IS FURTHER**

**ORDERED**, the Debtor shall remit an additional $609.00 per month to the Trustee to apply toward the plan payment arrears, beginning in January 2025 and continuing for six (6) months. The plan payments and cure payments will be made on a strict compliance basis for six (6) months.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

**END OF DOCUMENT**

PREPARED BY:

\_\_\_\_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

CONSENTED BY:

\_\_\_/s/_____
Ronna M. Woodruff,
Attorney for the Debtor
GA Bar No. 108910
Woodruff Law LLC
123 Powers Ferry Road, S.E.
Marietta, GA 30067
*Signed by Julie M. Anania
with express permission*

**DISTRIBUTION LIST**

Case Number **A22-51785-JWC**

Nicholas Scott Eisenbach
602 Butler Court
Woodstock, GA 30188

Woodruff Law LLC
123 Powers Ferry Road, S.E.
Marietta, GA 30067

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-51785-jwc |
| Nicholas Scott Eisenbach | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf492 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Scott Eisenbach, 602 Butler Court, Woodstock, GA 30188-2865 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 20, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David S. Weidenbaum | on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov |
| Maria C. Joyner | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  ECF@njwtrustee.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Ronna M. Woodruff | on behalf of Debtor Nicholas Scott Eisenbach rwoodrufflaw@yahoo.com  rw@woodrufflawga.com |
| Travis A. Knobbe | on behalf of Creditor Colatech IRA Fund  LLC travis.knobbe@fmglaw.com |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf492 | Total Noticed: 1 |

Travis A. Knobbe
on behalf of Creditor Colatech IRS Fund  LLC travis.knobbe@fmglaw.com

TOTAL: 7